## FIFTH DEPARTMENT, JANUARY TERM, 1895.

Thomas J. Reynolds, Appellant, v. Theodore F. Romeyn, Respondent.—Order appealed from affirmed, with ten dollars costs and disbursements.

M. Fillmore Brown, Respondent, v. Harvey F. Remington, Appellant, Impleaded, etc.—Interlocutory judgment appealed from affirmed, with costs against the defendant Remington, with leave to him to answer within twenty days on payment of the costs of the demurrer and of this appeal.

Mills W. Barse and Others, Respondents, v. John P. Williams, Appellant.—Motion to dismiss appeal granted, with costs.

Frank H. Lovell, Respondent, v. George W. Jacobi, Appellant. Same, Respondent, v. Same, Appellant.—Motions to dismiss appeals granted, with ten dollars costs in one case only.

The Empire State Savings Bank of Buffalo v. Daniel Beard and Others.—Motion for certificate to enable the defendant to appeal to the Court of Appeals granted.

Hymen Bloom and Others v. National United Benefit Savings and Loan Company.—Motion to amend the memorandum of decisions by inserting therein that the reversal of the judgment and new trial were upon questions of fact as well as of law, granted. If, by reason of the amendment, the plaintiffs shall desire to discontinue the appeal to the Court of Appeals they may do so without costs.

Thomas B. Norris, Appellant, v. Herbert A. Jones and Another, Respondents.—Motion for leave to appeal to the Court of Appeals denied.

M. Fillmore Brown, Respondent v. Harvey F. Remington and Another, Appellants.—Motion to dismiss appeal granted, with ten dollars costs against the defendant Remington.

The People of the State of New York v. Carl Oettenger.—Motion to amend memorandum of decision denied.

Henry F. Craig and Another v. Frank J. Butler.—Motion for leave to appeal to the Court of Appeals granted.

George B. Dalton, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant.—Motion for leave to appeal to the Court of Appeals denied.